**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6851**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HENRY CLIFFORD BYRD, SR.,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. Frank W. Bullock, Jr., Chief District Judge. (CR-83-52, CA-99-323-1)

---

Submitted: August 19, 1999          Decided: August 26, 1999

---

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Henry Clifford Byrd, Sr., Appellant Pro Se. Benjamin H. White, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Henry Clifford Byrd, Sr., appeals from the district court's order dismissing without prejudice his 28 U.S.C. § 2241 (1994) motion.  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Byrd v. United States, Nos. CR-83-52; CA-99-323-1 (M.D.N.C. May 13, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED